1  MATTHEW D. POWERS (S.B. #212682)
   mpowers@omm.com
2  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
3  San Francisco, CA  94111-3823
   Telephone:    (415) 984-8700
4  Facsimile:    (415) 984-8701

5  Attorneys for Defendant
   APPLE INC.
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9
                              **SAN JOSE DIVISION**
10

11 | PAUL ORSHAN and CHRISTOPHER         | Case No.  5:14-CV-05659-NC
   | ENDARA, individually, and on behalf of |
12 | all others similarly situated,       | **DEFENDANT APPLE, INC.'S**
   |                                      | **DECLINATION TO PROCEED BEFORE**
13 |            Plaintiffs,               | **A MAGISTRATE JUDGE AND REQUEST**
   |                                      | **FOR REASSIGNMENT TO A UNITED**
14 |       v.                             | **STATES DISTRICT JUDGE**
15 | APPLE INC.,                          |
16 |            Defendant.                |

17
18          **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

19         Defendant Apple Inc. hereby declines to consent to the assignment of this case to a United

20  States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case

21  to a United States District Judge.

22
           Dated: February 11, 2015              O'MELVENY & MYERS LLP
23                                               MATTHEW D. POWERS

24                                               By: /s/ Matthew D. Powers
                                                        Matthew D. Powers
25
                                                 Attorneys for Defendant
26                                               APPLE INC.

27
28

                                                              REQUEST FOR REASSIGNMENT
                                                              5:14-CV-05659-NC