
MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:     (415) 984-8700
Facsimile:     (415) 984-8701

*Attorneys for Defendant*
*APPLE INC.*

MICHAEL MCSHANE (S.B. #127944)
mmcshane@audetlaw.com
JONAS P. MANN (S.B. #263314)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: (415) 568-2555
Facsimile: (415) 568-2556

CHARLES J. LADUCA (to apply pro hac vice)
charlesl@cuneolaw.com
MATTHEW E. MILLER (to apply pro hac vice)
mmiller@cuneolaw.com
WILLIAM H. ANDERSON (to apply pro hac vice)
wanderson@cuneolaw.com
CUNEO GILBERT & LADUCA LLP
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960

*Attorneys for Plaintiffs*
*PAUL ORSHAN & CHRISTOPHER ENDARA*
(Additional Counsel Listed in Signature Block)

IT IS SO ORDERED
Judge Edward J. Davila
DATED: 2/18/2015

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PAUL ORSHAN and CHRISTOPHER ENDARA, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No.  5:14-CV-05659-EJD<br><br>**JOINT STIPULATION UNDER CIVIL L.R. 6-1(a) EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:  December 30, 2014<br>Trial Date:          None set |

Pursuant to Civil Local Rule 6-1(a), the parties hereby agree and stipulate as follows:

WHEREAS, Plaintiffs Paul Orshan and Christopher Endara ("Plaintiffs") filed their Complaint in the above-entitled action on December 30, 2014;

WHEREAS, Plaintiffs served the summons and Complaint on Defendant Apple Inc. ("Defendant") on January 2, 2015;

WHEREAS, pursuant to a previous stipulation between the parties filed on January 21, 2015 (Dkt. No. 6), Defendant's response is currently due on or before February 23, 2015;

WHEREAS, after the parties filed their previous stipulation extending Defendant's time to respond to the Complaint, another action was filed in this district—*Neocleous v. Apple Inc.*, Case No. 5:15-CV-EJD (filed February 3, 2015)—involving substantially similar claims as this case;

WHEREAS, a third action—*Jacobson v. Apple Inc. et al.*, C.D. Cal. Case No. 2:15-CV-01099—involving substantially similar claims as in this case and *Neocleous* was filed in Los Angeles County Superior Court on February 10, 2015 and removed to the Central District of California on February 13, 2015;

WHEREAS, all three actions—*Orshan, Neocleous,* and *Jacobson*—are putative class actions in which the plaintiffs (1) claim that Defendant misrepresented or omitted information about the storage capacity required for Apple's iOS 8 operating system software, (2) seek certification of nearly identical classes or subclasses of purchasers, and (3) seek similar remedies under similar legal theories;

WHEREAS, counsel for the Plaintiffs in this case have informed Defendant's counsel that additional, similar actions may be filed in the next few weeks;

WHEREAS, Defendant intends to move to transfer the *Jacobson* case from the Central District of California to this district;

WHEREAS, Defendant intends to file motions to dismiss the complaints in all three

actions—*Orshan, Neocleous,* and *Jacobson*;

WHEREAS, the parties in the two cases currently pending in this district—*Orshan* and *Neocleous*—agree that the interests of judicial economy and efficiency are best served by extending Defendant's time to respond to the Complaint in the above-captioned case so that the parties can finalize a single briefing and hearing schedule on the motions to dismiss in those two cases and in *Jacobson* (if the transfer of that case to this district is effected in time to permit a joint briefing and hearing schedule in all three cases);

WHEREAS, Plaintiffs' counsel have agreed to extend the deadline by which Defendant must answer or otherwise respond to the Complaint in the above-captioned case by an additional thirty (30) days;

WHEREAS, under this agreement, Defendant's new deadline to answer or otherwise respond to the Complaint would be March 25, 2015;

WHEREAS, this change will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, pursuant to Rule 6-1(a) of the Local Civil Rules of the United States District Court for the Northern District of California, it is hereby stipulated by and among Plaintiffs and Defendant and through their counsel of record that Defendant shall have an additional thirty (30) days, until March 25, 2015, in which to answer or otherwise respond to the Complaint.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: February 17, 2015 | O'MELVENY & MYERS LLP<br>MATTHEW D. POWERS |
| 2 | | |
| 3 | | By: */s/ Matthew D. Powers*<br>        Matthew D. Powers |
| 4 | | Attorneys for Defendant<br>APPLE INC. |

Dated: February 17, 2015

MICHAEL MCSHANE
JONAS P. MANN
AUDET & PARTNERS, LLP

CHARLES J. LADUCA
MATTHEW E. MILLER
WILLIAM H. ANDERSON
CUNEO GILBERT & LADUCA LLP

JON M. HERSKOWITZ
BARON & HERSKOWITZ
ROBERT SHELQUIST
LOCKRIDGE GRINDAL NAUEN PLLP

By: */s/ Charles J. LaDuca*
        Charles J. LaDuca

Attorneys for Plaintiffs
PAUL ORSHAN & CHRISTOPHER ENDARA

**ATTESTATION OF FILING**

Pursuant to Local Rule 5.1(i)(3) regarding signatures, I, Matthew D. Powers, hereby attest that concurrence in the filing of this Joint Stipulation Under Civil L.R. 6-1(a) Extending Defendant's Time to Respond to Complaint has been obtained from Charles J. LaDuca with conformed signatures above.

Dated: February 17, 2015

O'MELVENY & MYERS LLP
MATTHEW D. POWERS

By: */s/ Matthew D. Powers*
       Matthew D. Powers

Attorneys for Defendant
APPLE INC.