1  MATTHEW D. POWERS (S.B. #212682)
   mpowers@omm.com
2  SARAH H. TRELA (S.B. #293089)
   strela@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, CA 94111-3823
   Telephone:  (415) 984-8700
5  Facsimile:  (415) 984-8701

6  SUSAN ROEDER (S.B. #160897)
   sroeder@omm.com
7  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
8  Menlo Park, CA 94025
   Telephone:  (650) 473-2600
9  Facsimile:  (650) 473-2601

10 Attorneys for Defendant
   APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| PAUL ORSHAN and CHRISTOPHER ENDARA, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 5:14-CV-05659-EJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO DISMISS CLASS ACTION COMPLAINT**<br><br>Hearing Date:  May 28, 2015<br>Time:          9:00 a.m.<br>Judge:         Edward J. Davila<br>Courtroom:     4, 5th Floor<br><br>Complaint Filed: December 30, 2014<br>Trial Date:      None set |

1     The Court, having considered Defendant Apple Inc.'s Motion to Dismiss the Complaint, all other papers and evidence submitted in opposition and reply, the pertinent pleadings, matters properly subject to judicial notice, and the applicable law, and finding good cause therefor, hereby **GRANTS** the motion.

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant Apple Inc.'s Motion to Dismiss is **GRANTED** and the Complaint and all claims asserted therein are **DISMISSED WITH PREJUDICE**.

DATED: _____

_____
Hon. Edward J. Davila
UNITED STATES DISTRICT JUDGE