1  MATTHEW D. POWERS (S.B. #212682)
   mpowers@omm.com
2  SARAH H. TRELA (S.B. #293089)
   strela@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, CA  94111-3823
   Telephone:     (415) 984-8700
5  Facsimile:     (415) 984-8701

6  SUSAN ROEDER (S.B. #160897)
   sroeder@omm.com
7  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
8  Menlo Park, CA  94025
   Telephone:     (650) 473-2600
9  Facsimile:     (650) 473-2601

10 Attorneys for Defendant
   APPLE INC.
11
                         **UNITED STATES DISTRICT COURT**
12
                        **NORTHERN DISTRICT OF CALIFORNIA**
13
                                **SAN JOSE DIVISION**
14

15

16 PAUL ORSHAN, CHRISTOPHER ENDARA,            Case No.  5:14-CV-05659-EJD
   and DAVID HENDERSON, individually and
17 on behalf of all others similarly situated,  **[PROPOSED] ORDER GRANTING**
                                                **DEFENDANT APPLE INC.'S MOTION**
18                Plaintiffs,                   **TO DISMISS FIRST AMENDED CLASS**
                                                **ACTION COMPLAINT**
19       v.

20 APPLE INC.,                                  Hearing Date:   July 16, 2015
                                                Time:           9:00 a.m.
21                Defendant.                    Judge:          Edward J. Davila
                                                Courtroom:      4, 5th Floor
22
                                                Amended Complaint:   April 9, 2015
23                                              Trial Date:          None set

24

25

26

27

28

1  The Court, having considered Defendant Apple Inc.'s Motion to Dismiss the First
2  Amended Class Action Complaint, all other papers submitted in opposition and reply, the
3  pertinent pleadings, matters properly subject to judicial notice, and the applicable law, and
4  finding good cause therefor, hereby **GRANTS** the motion.
5  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant Apple Inc.'s
6  Motion to Dismiss is **GRANTED** and the Complaint and all claims asserted therein are
7  **DISMISSED WITH PREJUDICE**.

10  DATED: _____

_____
Hon. Edward J. Davila
UNITED STATES DISTRICT JUDGE