United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PAUL ORSHAN, et al.,

           Plaintiffs,

     v.

APPLE INC.,

          Defendant.

Case No.  5:14-cv-05659-EJD

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 38

      Having reviewed the parties Joint Case Management Conference Statement (Dockt Item No. 38), the Court finds that a scheduling conference is premature at this time.  Accordingly, the Case Management Conference scheduled for August 27, 2015, is CONTINUED to **10:00 a.m. on November 12, 2015**.  The parties shall file an updated Joint Case Management Conference Statement on or before **November 05, 2015**, unless a stipulated request to stay this action is filed prior to that date.

      **IT IS SO ORDERED.**

Dated: August 24, 2015

EDWARD J. DAVILA
United States District Judge