MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorneys for Defendant*
APPLE INC.

MICHAEL MCSHANE (S.B. #127944)
mmcshane@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: (415) 568-2555
Facsimile: (415) 568-2556

CHARLES J. LADUCA (to apply pro hac vice)
charlesl@cuneolaw.com
MATTHEW E. MILLER (to apply pro hac vice)
mmiller@cuneolaw.com
WILLIAM H. ANDERSON (to apply pro hac vice)
wanderson@cuneolaw.com
CUNEO GILBERT & LADUCA LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-1813

*Attorneys for Plaintiffs*
PAUL ORSHAN, CHRISTOPHER ENDARA, & DAVID HENDERSON
(Additional Counsel Listed in Signature Block)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PAUL ORSHAN, CHRISTOPHER ENDARA, and DAVID HENDERSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 5:14-cv-05659-EJD<br><br>**NOTICE OF MATTER UNDER SUBMISSION**<br><br>**[CIV. L.R. 7-13]** |

# NOTICE OF MATTER UNDER SUBMISSION

Pursuant to Civil Local Rule 7-13 of the United States District Court for the Northern District of California, Plaintiffs Paul Orshan, Christopher Endara, and David Henderson (collectively, "Plaintiffs") and Defendant Apple Inc. ("Apple," and together with Plaintiffs, the "Parties") hereby notify the Court that Apple filed a motion to dismiss the First Amended Complaint (the "Motion") that was fully briefed as of June 19, 2015 and taken under submission by this Court on July 13, 2015. ECF Nos. 24-30, 35. As of the date of this filing, that Motion remains pending before this Court. There are also two other cases before this Court that have been stayed pending a ruling on the Motion. *See Moure v. Apple Inc.*, Case No. 5:15-cv-01952-EJD; *Neocleous v. Apple Inc.*, Case No. 5:15-cv-00501-EJD.

In addition, there currently is a complaint pending in the Los Angeles County Superior Court (brought by different counsel) that asserts claims and makes allegations that are virtually identical to those here on behalf of a putative class that is subsumed by the putative nationwide class in this case (the "State Action"). *See Jacobson v. Apple Inc.*, L.A. Sup. Ct. Case No. BC586787. Because the Motion in this case has been fully briefed and is pending before this Court, the court in the State Action has stayed all substantive activity in that case, including potential motion practice, pending a ruling by this Court on the Motion. There is a status conference in the State Action scheduled for February 22, 2017 in which the parties in that case are directed to report to the court on the status of the pending Motion in this case.

Dated: February 15, 2017   O'MELVENY & MYERS LLP
MATTHEW D. POWERS

By: /s/ Matthew D. Powers
     Matthew D. Powers

Attorneys for Defendant
APPLE INC.

Dated: February 15, 2017   MICHAEL MCSHANE
AUDET & PARTNERS, LLP

CHARLES J. LADUCA
MATTHEW E. MILLER
WILLIAM H. ANDERSON
CUNEO GILBERT & LADUCA LLP

JON M. HERSKOWITZ
BARON & HERSKOWITZ

ROBERT SHELQUIST
LOCKRIDGE GRINDAL NAUEN PLLP

By: /s/ Michael McShane
     Michael McShane

Attorneys for Plaintiffs
PAUL ORSHAN, CHRISTOPHER
ENDARA, & DAVID HENDERSON

## ATTESTATION OF FILING

Pursuant to Local Rule 5.1(i)(3) regarding signatures, I, Matthew D. Powers, hereby attest that concurrence in the filing of this Notice of Matter Under Submission has been obtained from Michael McShane, with conformed signatures above.

Dated: February 15, 2017

O'MELVENY & MYERS LLP
MATTHEW D. POWERS

By: /s/ Matthew D. Powers
     Matthew D. Powers

Attorneys for Defendant
APPLE INC.