MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
ADAM M. KAPLAN (S.B. #298077)
akaplan@omm.com
SARAH H. TRELA (S.B. #293089)
strela@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:     (415) 984-8700
Facsimile:     (415) 984-8701

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| PAUL ORSHAN, CHRISTOPHER ENDARA, and DAVID HENDERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No.  5:14-CV-05659-EJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Hearing Date:   September 20, 2018<br>Time:           9:00 a.m.<br>Judge:          Hon. Edward J. Davila<br>Courtroom:      4, 5th Floor<br><br>Second Amended Complaint:  May 1, 2018 |

The Court, having considered Defendant Apple Inc.'s Motion to Dismiss the Second Amended Class Action Complaint, all other papers submitted in opposition and reply, the pertinent pleadings, matters properly subject to judicial notice, and the applicable law, and finding good cause therefor, hereby **GRANTS** the motion.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant Apple Inc.'s Motion to Dismiss is **GRANTED** and the Complaint and all claims asserted therein are **DISMISSED WITH PREJUDICE**.

DATED: _____

_____
Hon. Edward J. Davila
UNITED STATES DISTRICT JUDGE