UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ORSHAN, and others,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 14-cv-05659 EJD (NC)<br><br>**ORDER ON DISCOVERY DISPUTE**<br><br>Re: ECF 119 |

In this putative class action case about storage space on certain Apple devices, Plaintiffs move to compel Apple to produce additional documents in response to RFP No. 17. ECF 119. That request seeks "All DOCUMENTS that RELATE TO COMMUNICATIONS to or from any governmental entities regarding the STORAGE CAPACITY of the DEVICES."

Plaintiffs' request is denied. This order finds that Apple has sufficiently complied with the document request as drafted. *See* ECF 119 at p. 5, summarizing Apple's production. A further search as proposed by Plaintiffs would lead to documents either irrelevant, redundant, or not proportional to the needs of the case.

No fees or costs are awarded.

  **IT IS SO ORDERED.**

Dated: February 24, 2022

_____
NATHANAEL M. COUSINS
United States Magistrate Judge