MICHAEL MCSHANE (CA State Bar #127944)
**AUDET & PARTNERS, LLP**
221 Main St., Suite 1460
San Francisco, CA 94105
Telephone: (415) 568-2555
mmcshane@audetlaw.com

*Attorneys for Plaintiffs*
(Additional Counsel Listed in Signature Block)

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| PAUL ORSHAN, CHRISTOPHER ENDARA, DAVID HENDERSON, and STEVEN NEOCLEOUS, individually, and on behalf of all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>APPLE INC.,<br><br>**Defendant.** | Case No. 5:14-cv-5659 EJD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**<u>NOTICE OF WITHDRAWAL OF COUNSEL</u>**

Pursuant to Local Rule 11-5 undersigned counsel respectfully gives notice of withdrawal as counsel of record for Plaintiffs. Audet & Partners, LLP will remain as counsel for Plaintiffs.

Dated: October 7, 2022         Respectfully submitted,

*/s/Clayton D. Halunen*
CLAYTON D. HALUNEN
**HALUNEN LAW & ASSOCIATES**
80 South Eighth Street, Suite #1650
Minneapolis, Minnesota 55402
Telephone: (612) 605-4098
Facsimile: (415) 568-2556
halunen@halunenlaw.com

*Attorney for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 07, 2022, the foregoing Notice of Change of Address was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Clayton D. Halunen*
Clayton D. Halunen