UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL ORSHAN, et al., | Case No.  5:14-cv-05659 EJD |
| Plaintiffs, | |
| v. | **SCHEDULING ORDER** |
| APPLE INC., | |
| Defendant. | |

Pursuant to Stipulation (ECF No. 231), and good cause appearing,

IT IS HEREBY ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
|---|---|
| Deadlines for Defendant to Provide Class List for Notice | December 6, 2024 |
| Deadline for Plaintiffs to file for Class Notice Approval | January 17, 2025 |
| Deadline to Exchange Expert Reports | March 14, 2025 |
| Deadline to Exchange Rebuttal Expert Reports | April 18, 2025 |
| Discovery Deadline | May 23, 2025 |
| Deadline to File Dispositive Motions and Daubert Motions[1] | June 27, 2025 |
| Deadline to File Opposition to Dispositive Motions and Daubert Motions | July 25, 2025 |
| Deadline to File Reply re Dispositive Motions and Daubert Motions | August 15, 2025 |

---

[1] This is the last date for *filing* dispositive motions.  The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.

CASE NO.: 5:14-CV--5659 EJD
SCHEDULING ORDER

1

1   IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Trial Setting Conference Statement and all other pretrial submissions.

**IT IS SO ORDERED.**

DATED: November 4, 2024

_____
EDWARD J. DAVILA
United States District Judge

---

[2] A copy of Judge Davila's Standing Order is also available on the Court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."

CASE NO.: 5:14-CV--5659 EJD
SCHEDULING ORDER

2