**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL ORSHAN, DEANNA NESS, KYE WEASNER and MARGARET HART, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>APPLE INC.<br><br>        Defendant. | Case No. 5:14-cv-05659-EJD<br><br>**NOTICE OF CHANGE OF ADDRESS** |

  Per Civil L.R. 3-11(a), undersigned counsel submits this Notice of Change of Address. Undersigned counsel's new address is provided in the signature block below.

| | |
|---|---|
| Dated: June 3, 2025 | Respectfully submitted,<br><br>*/s/ William H. Anderson*<br><br>William H. Anderson *(Pro Hac Vice)*<br>**HANDLEY FARAH & ANDERSON PLLC**<br>1434 Spruce Street<br>Suite 301<br>Boulder, CO 80302<br>Telephone: (303) 800-9109<br>Facsimile: (844) 300-1952<br>wanderson@hfajustice.com<br><br>*Attorney for Plaintiffs* |